RECEIVED
JUL 07 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:20-cr-71 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| DONOVAN RYAN SCHMACHT, | ) | T. 18 U.S.C. § 922(g)(1) |
| | ) | T. 18 U.S.C. § 924(a)(2) |
| Defendant. | ) | T. 18 U.S.C. § 924(d)) |
| | ) | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Felon in Possession of a Firearm)

That on or about April 20, 2020, in the Southern District of Iowa, the defendant, DONOVAN RYAN SCHMACHT, in and affecting commerce, knowingly possessed a firearm and ammunition, namely: a loaded black, Taurus semi-auto nine-millimeter pistol, with serial #TDM37401. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**THE GRAND JURY FINDS:**

### NOTICE OF FORFEITURE

That upon conviction for the offenses alleged in Count 1 this Indictment, the defendant, DONOVAN RYAN SCHMACHT, shall forfeit to the United States,

pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearm and ammunition identified in Count 1 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Melisa K. Zaehringer
Assistant United States Attorney